No. 72–5836.  DADDANO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 72–5840.  PREZZI v. COOPER, U. S. DISTRICT JUDGE. C. A. 2d Cir.  Certiorari denied.

No. 72–5843.  WRIGHT v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 72–5844.  PETERSON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 72–5846.  WILSON v. SLAYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 72–5848.  GOYNES ET UX. v. BURNS ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 72–5850.  TERRELL, AKA TERRY v. UNITED STATES. Ct. App. D. C.  Certiorari denied.

No. 72–5853.  NOORLANDER v. ATTORNEY GENERAL OF THE UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 72–5855.  BRINGHURST v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5856.  TANZELLA v. DEVOS.  Ct. App. Md. Certiorari denied.

No. 72–5858.  HARVEY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5867.  JACQUILLON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.